MITCHELL *v.* THE AMERICAN INSURANCE CO.

From the Warren Circuit Court.

*J. Harper,* for appellant.

*J. G. Pearson,* for appellee.

PETTIT, J.—The submission in this case is set aside, at the costs of the appellant, for non-compliance with Rule 19, requiring marginal notes to be made on the transcript.

———————————o————————

MITCHELL *v.* THE AMERICAN INSURANCE CO.

PLEADING.—*Exhibit.*—*Demand.*—In an action on a promissory note given for a policy of insurance, it is not necessary to file with the complaint or make a part thereof the policy or a copy thereof, or to allege a demand of payment.

From the Warren Circuit Court.

*J. Harper,* for appellant.

*J. G. Pearson,* for appellee.

BIDDLE, C. J.—This was an action brought by the appellee, who was the plaintiff below, upon the following promissory note:

"$120.00.    For value received in Policy No. 54,994, dated the 24th day of May, 1871, issued by the American Insurance Company, of Chicago, Illinois, I promise to pay said company the sum of thirty dollars and —— cents, on the 1st day of May, 1872; and thirty dollars and —— cents, on the 1st day of May, 1873; and thirty dollars and —— cents, on the 1st day of May, 1874; and thirty dollars and —— cents, on the 1st day of May, 1875, without interest. If any payment shall remain unpaid thirty days after due, this whole note shall become due and payable.

"J. J. MITCHELL."